IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **TOMMY GARY,** | : | |
| | : | |
| Plaintiff, | : | 5:04-CV-419 (CAR) |
| vs. | : | |
| | : | |
| **BENJAMIN CHARLES,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

_____

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 23] that the present case be dismissed for Plaintiff's failure to state a claim upon which relief may be granted. No Objection to the Recommendation has been filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; this action is hereby **DISMISSED**.

**SO ORDERED**, this 13th day of June, 2005.

**s/ C. ASHLEY ROYAL**
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

JLR/jec